Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIGYATES, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISHAL CORPORATION, a California Corporation dba BEST WESTERN EL GRANDE INN;<br><br>    Defendant | **Case No.: 3:11-cv-00643-JCS**<br><br>**REQUEST FOR APPEARANCE BY TELEPHONE and (PROPOSED) ORDER**<br><br>**Date: July 26, 2013**<br>**Time: 1:30 PM**<br>**CTRM: G** |

    Defendant requests that he/she/it be permitted to participate by telephone at the hearing on the Case Management Conference set for 1:30 p.m. on July 26, 2013.

    Defendant's counsel of record is located in Sacramento County, California. Defendant seeks by this request to avoid the unnecessary burden and expense of sending its counsel to San Francisco, California, to participate in the proceeding in person. Defendant does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party. Defendant's Counsel, Michael D. Welch, will be available by the telephone at (415) 298-7575 for the Court to call on July 26, 2013 at 1:30 p.m. or such other time as designated by the Court.

DATED: July 22, 2013                MICHAEL WELCH + ASSOCIATES

                    By: /s/ Michael D. Welch
                    Attorneys for Defendant

1

**ORDER**

Pursuant to the request made by Defendant's Counsel, Michael D. Welch may appear by telephone on July 26, 2013, at the hearing. Mr. Welch shall be available at (415) 298-7575 to receive a call from the Court at 1:30 p.m. until such time as the hearing is conducted.

IT IS SO ORDERED.

Dated:   7/24/13

JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE